UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ricco Maye,                                                             Case No. 3:24-cv-1310

              Plaintiff,

    v.                                                                         ORDER

Correctional Center of Northwest Ohio, *et al.*,

              Defendants.

Defendants move to extend their deadline to answer or otherwise respond to Plaintiff Ricco Maye's complaint by 21 days, due to the complexities of establishing contact with all 27 named defendants, some of whom remain unserved, prior to filing their answer or response. (Doc. No. 18). I conclude Defendants have established good cause to extend the deadline, grant the motion, and order that Defendants shall file their answer or responsive motion on or before April 16, 2026.

Separately, Maye filed a motion for copies of documents filed both in this case and in a previously dismissed lawsuit he filed against many of the same individuals who are named as Defendants in this case. (Doc. No. 19). He also expresses a desire to "subpoena emails, cell phone text, [and] notes of certain" Defendants. (*Id.* at 1). I deny Maye's request to issue subpoenas as premature, as this case has not yet reached the discovery phase.

I also deny his motion as to the requested documents. While I acknowledge Maye is proceeding *in forma pauperis* in this case, that status does not entitle him to receive copies of documents on the Court's docket without charge. *See, e.g., Kerr v. Lenz*, Case No. 3:22-cv-1054, 2022 WL 3043019, at *1 (N.D. Ohio Aug. 2, 2022) (citing cases).

2

For these reasons, I grant Defendants' motion to extend their answer deadline, (Doc. No. 18), and deny Maye's motion for copies of documents and issuance of subpoenas.  (Doc. No. 19).


So Ordered.


s/ Jeffrey J. Helmick
United States District Judge
